No. 92–5644. WATKINS *v.* HIGGINS, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 92–5648. VIGNOLO *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 92–5651. COLEMAN *v.* DELAWARE. C. A. 3d Cir. Certiorari denied.

No. 92–5652. PEREZ *v.* BLANKENSHIP, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5661. MORRIS *v.* INDIANAPOLIS PUBLIC SCHOOLS. C. A. 7th Cir. Certiorari denied.

No. 92–5662. MCCLAIN *v.* MCGINNIS, DIRECTOR, DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5666. VEALE ET AL. *v.* NEW HAMPSHIRE. C. A. 1st Cir. Certiorari denied.

No. 92–5668. VAN DER JAGT *v.* JOHNSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5669. BRAKKE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5674. HARRIS *v.* BLANCHARD, GOVERNOR OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5681. KOT *v.* PATERNOSTER ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5697. SAWYER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 92–5708. ROSS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5709. MARTIN *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–5710. MIKESELL *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.